United States District Court
Southern District of Texas
**ENTERED**
June 15, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Maria Mireles, | § | |
| | § | |
| Plaintiff(s), | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-15-2942 |
| | § | |
| United Auto Towing & Transport, Inc., et al, | § § | |
| Defendant(s). | § | |

## ORDER

Because the Defendants have not made an appearance in this case and Plaintiff has not otherwise pursued this case, the Plaintiff's causes of action are DISMISSED without prejudice for WANT OF PROSECUTION. FED. R. CIV. P. 4(m).

SIGNED at Houston, Texas, this __15__ day of June, 2016.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE